Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10389−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marian B Ellison
   72 Brotherhood Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0176

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 28, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 13 − 12
Order Granting Notice of Request for Loss Mitigation(Related Doc # 12). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/28/2017. (dmi)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 28, 2017
JAN: dmi

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Marian B Ellison  
    Debtor

Case No. 17-10389-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 28, 2017  
                      Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm             +E-mail/Text: Bankruptcy@homebridge.com Feb 28 2017 23:11:03
      Homebridge Financial Services, Inc.,   194 Wood Avenue South,   Ninth Floor,
      Iselin, NJ 08830-2710
                                                                                                               TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Donald C. Goins    on behalf of Debtor Marian B Ellison dcgoins1@gmail.com,  
         G25787@notify.cincompass.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 4