Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10389−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marian B Ellison
   72 Brotherhood Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0176

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 9, 2017 and a confirmation hearing on such Plan has been scheduled for September 20, 2017.

The debtor filed a Modified Plan on August 28, 2017 and a confirmation hearing on the Modified Plan is scheduled for October 4, 2017 @ 10:00. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 30, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Marian B Ellison  
    Debtor

Case No. 17-10389-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2017  
                         Form ID: 186     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
```
db             +Marian B Ellison,    72 Brotherhood Street,    Piscataway, NJ 08854-5426
516831802      +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516584457       Homebridge Financial Services,    c/o KML Law Group, P.C.,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
516584459       St. Peters Hospital,    254 Easton Ave,    New Brunswick, NJ 08901-1766
516584460      +TD BANK USA/ TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 23:12:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 23:12:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: Bankruptcy@homebridge.com Aug 30 2017 23:13:01
                 Homebridge Financial Services, Inc.,    194 Wood Avenue South,    Ninth Floor,
                 Iselin, NJ 08830-2710
516779200      +E-mail/Text: bankruptcy@cavps.com Aug 30 2017 23:12:31     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516584456      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2017 23:07:39     GECRB/WALMART CONS US,
                 PO BOX 965024,    ORLANDO, FL 32896-5024
516584458      +E-mail/Text: bankruptcy@hsn.net Aug 30 2017 23:12:40     HSN,    1 HSN Dr,
                 St Petersburgg, FL 33729-0001
516762924      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2017 23:12:17     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516778836      +E-mail/Text: bncmail@w-legal.com Aug 30 2017 23:12:27     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 8
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Marian B Ellison dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```