Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–10389–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Marian B Ellison
72 Brotherhood Street
Piscataway, NJ 08854

Social Security No.:
xxx–xx–0176

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 20, 2017.

On 9/27/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         November 7, 2018
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 28, 2018
JAN: vpm

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
     District of New Jersey
```

In re:                                                            Case No. 17-10389-CMG
Marian B Ellison                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 28, 2018
                              Form ID: 185             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Marian B Ellison,    72 Brotherhood Street,    Piscataway, NJ 08854-5426
516831802      +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516584457       Homebridge Financial Services,    c/o KML Law Group, P.C.,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
516584459       St. Peters Hospital,    254 Easton Ave,    New Brunswick, NJ 08901-1766
516584460      +TD BANK USA/ TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: Bankruptcy@homebridge.com Sep 29 2018 00:21:25
                 Homebridge Financial Services, Inc.,    194 Wood Avenue South,   Ninth Floor,
                 Iselin, NJ 08830-2710
516779200      +E-mail/Text: bankruptcy@cavps.com Sep 29 2018 00:20:49     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516584456      +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 00:30:49     GECRB/WALMART CONS US,
                 PO BOX 965024,    ORLANDO, FL 32896-5024
516584458      +E-mail/Text: bankruptcy@hsn.net Sep 29 2018 00:20:59     HSN,   1 HSN Dr,
                 St Petersburgg, FL 33729-0001
516762924      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2018 00:20:16     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516778836      +E-mail/Text: bncmail@w-legal.com Sep 29 2018 00:20:33     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Marian B Ellison dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```