Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                         Case No.:  17−10389−CMG
                                         Chapter:  13
                                         Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marian B Ellison
    72 Brotherhood Street
    Piscataway, NJ 08854

Social Security No.:
    xxx−xx−0176

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 21, 2019
JAN: dmi

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-10389-CMG
Marian B Ellison                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 21, 2019
                              Form ID: 148             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
db             +Marian B Ellison,    72 Brotherhood Street,    Piscataway, NJ 08854-5426
516831802      +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516584457       Homebridge Financial Services,    c/o KML Law Group, P.C.,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
517932710      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
517932711      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10826,
                 Greenville, SC 29603-0826
516584459       St. Peters Hospital,    254 Easton Ave,    New Brunswick, NJ 08901-1766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: Bankruptcy@homebridge.com Nov 22 2019 00:30:21
                 Homebridge Financial Services, Inc.,    194 Wood Avenue South,    Ninth Floor,
                 Iselin, NJ 08830-2710
516779200      +E-mail/Text: bankruptcy@cavps.com Nov 22 2019 00:29:52     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516584456      +EDI: RMSC.COM Nov 22 2019 04:58:00      GECRB/WALMART CONS US,   PO BOX 965024,
                 ORLANDO, FL 32896-5024
516584458      +E-mail/Text: bankruptcy@hsn.net Nov 22 2019 00:30:03     HSN,   1 HSN Dr,
                 St Petersburgg, FL 33729-0001
516762924      +EDI: MID8.COM Nov 22 2019 04:58:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
516584460      +EDI: WTRRNBANK.COM Nov 22 2019 04:58:00      TD BANK USA/ TARGET CREDIT,   PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
516778836      +E-mail/Text: bncmail@w-legal.com Nov 22 2019 00:29:37     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Marian B Ellison dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```